**KUTAK ROCK LLP**
Craig B. Young (Fed. Bar No. 05841)
Jeremy S. Williams (VSB No. 77469)
1101 Connecticut Avenue, NW, Suite 1000
Washington, DC 20036-4374
Telephone: (202) 828-2328
Facsimile: (202) 828-2488
Craig.Young@kutakrock.com
Jeremy.Williams@kutakrock.com
*Counsel for SunTrust Mortgage, Inc.*

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MARYLAND
### BALTIMORE DIVISION

| | |
|---|---|
| IN RE:  GLEN HALL PORCELAIN and BARBARA SOCLOF PORCELAIN, | Case No. 13-24381-JFS  Chapter 13 |
| Debtors. | |
| GLEN HALL PORCELAIN and BARBARA SOCLOF PORCELAIN, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 13-00797-JFS |
| SUNTRUST MORTGAGE, INC., | |
| Defendant. | |

### NOTICE OF MOTION TO DISMISS COMPLAINT
### AND NOTICE OF HEARING

PLEASE TAKE NOTICE that SunTrust Mortgage, Inc. ("SunTrust"), by counsel, has filed a *Motion to Dismiss Complaint and Memorandum of Law in Support Thereof* (the "Motion").

***Your rights may be affected***.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).  If you do not want the court to grant the relief sought in the Motion, you must do the following:

1.      File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 4001-1(d).  Your mailing should be directed to:

> Clerk of the Court
> United States Bankruptcy Court
> 101 West Lombard Street, Suite, Suite 8530
> Baltimore, MD 21201

2.      You must also mail a copy to:

> Craig B. Young, Esquire.
> Kutak Rock LLP
> 1101 Connecticut Avenue, NW, Suite 1000
> Washington, DC 20036-4374
>
> Office of the U.S. Trustee
> 101 West Lombard Street, Suite 8530
> Baltimore, MD 21201

3.      Unless a written response to this motion and supporting memorandum are filed with the Clerk of Court and served on the moving party twenty-one (21) days from receipt of the Motion, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.

4.      No hearing has been scheduled in this matter.  If you timely file an objection, a hearing will be scheduled and separate notice regarding such hearing will be provided.  If you fail to file a timely objection and attend the hearing, the Court may consider any objections you have waived and enter an order granting the relief sought.

Date:  January 27, 2014                                      Respectfully Submitted,

                                                             By:  /s/  Craig B. Young
                                                                          Counsel

---

**KUTAK ROCK LLP**
Craig B. Young (Fed. Bar No. 05841)
Jeremy S. Williams (VSB No. 77469)
1101 Connecticut Avenue, NW, Suite 1000
Washington, DC 20036-4374
Telephone: (202) 828-2328
Facsimile: (202) 828-2488
Craig.Young@kutakrock.com
Jeremy.Williams@kutakrock.com
*Counsel for SunTrust Mortgage, Inc.*

## **CERTIFICATE OF SERVICE**

      Pursuant to the Local Rules of this Court, I hereby certify under penalty of perjury that on January 24, 2014, a true and correct copy of the foregoing was served via CM/ECF on the following party:

Robert Grossbart
Grossbart, Portney & Rosenberg
One N. Charles Street.
Suite 1214
Baltimore, MD 21201
Email: robert@grossbartlaw.com

                                                  By: /s/  Craig B. Young
                                                                 Counsel